UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES WIGGINS, III, | |
| Plaintiff, | 2:11-cv-1815-ECR-RJJ |
| vs. | |
| COSMOPOLITAN CASINO OF LAS VEGAS, | O R D E R |
| Defendant, | |

This matter is before the Court on a Request to Reset the Early Neutral Evaluation Session (#23).

The Court having considered the Request (#23) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Request to Reset the Early Neutral Evaluation Session (#23) is GRANTED.

IT IS FURTHER ORDERED that the ENE scheduled for May 3, 2012, before Judge Robert A. McQuaid, Jr., is VACATED.

IT IS FURTHER ORDERED that the ENE shall be rescheduled, if necessary, after a ruling has been entered by the Court on the Motion to Dismiss (#8).

DATED this  10th  day of April, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge